# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| DONALD PYLES, SUSAN SCHROEDER, on behalf of themselves and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 3:18-cv-00152 |
| v. | )<br>)<br>) |
| NICOR ENERGY SERVICES COMPANY, | )<br>) |
| Defendant. | )<br>) |

## ORDER GRANTING JOINT MOTION TO STAY CASE PENDING SETTLEMENT

This matter is before the Court on the parties' Joint Motion to Stay Case Pending Settlement. The Court having reviewed the matter hereby **GRANTS** the motion. This matter is hereby **STAYED** pending the approval of the settlement of this action. The parties are **ORDERED** to notify the Court fourteen days after receiving an order from the Southern District of Indiana on final approval of the settlement.

The Court would ORDER that a status report be submitted to the Court every 60 days until final approval of the settlement.

Dated: July 5, 2018      *s/Thomas M. Rose
           _____
                  Judge, Southern District of Ohio